IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH REINAKER SLAYMAKER,** : | Civil No. 23-cv-773 |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **THE VISTA SCHOOL and VISTA AUTISM SERVICES,** : | Judge Sylvia H. Rambo |
| : | |
| **Defendant.** | |

# **O R D E R**

**AND NOW**, this 28th day of March, 2024, upon consideration of Defendant, Vista Autism Service's motion to dismiss (Doc. 8), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.

/s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge